1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   DEEPAKKUMAR HIMATLAL SONEJI and   )
12 KINNARI DEEPAKKUMAR SONEJI,       )   No. C 07-2290 SC
                                     )
13          Petitioners,              )
                                     )   STIPULATION TO EXTEND DATE OF
14     v.                             )   CASE MANAGEMENT CONFERENCE;
                                     )   AND [PROPOSED] ORDER
15 Department of Homeland Security, Michael )
   Chertoff, Secretary; Federal Bureau of   )
16 Investigation, Robert Mueller, Director; U.S. )
   Attorney General, Alberto R. Gonzales; U.S. )
17 Citizenship and Immigration Services, Robert )
   Divine, Acting Director; U.S. Citizenship and )
18 Immigration Services Nebraska Service Center, )  Date: August 3, 2007
   Gerard Heinauer, Director                  )   Time: 10:00 a.m.
19                                     )   Courtroom: 1, 17th Floor
            Respondents                )
20 _____)

21

22 ///

23

24 ///

25

26 ///

27

28 ///

   Stipulation to Extend Dates
   C07-2290 SC                                 1

1  The petitioners, by and through their attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the hearing on respondents' motion to dismiss currently scheduled for August 3, 2007 to October 12, 2007 at 10:00 a.m. because of petitioners' unavailability.

Additionally, the parties request the Court to extend the date of the case management conference currently scheduled for August 17, 2007 to November 16, 2007 at 10:00 a.m.  The parties will file a joint case management statement 7 days prior to the case management conference.

Dated: July 9, 2007					Respectfully submitted,


						/s/
						ILA C. DEISS
						Assistant United States Attorney
						Attorney for Respondents


Dated: July 9, 2007					/s/
						MARINA SEREBRYANAYA
						Attorney for Petitioners


**ORDER**

PURSUANT TO STIPULATION, it is so ordered.


Dated: July __13__, 2007

						SAMUEL CONTI
						United States District Court

						IT IS SO ORDERED
						/s/ Samuel Conti
						Judge Samuel Conti

Stipulation to Extend Dates
C07-2290 SC					2