1  Marina Serebryanaya Cal. Bar #191253
   Law Office of Marina Serebryanaya
2  110 Sutter Street, Suite 512
   San Francisco, CA 94104
3  Tel: (415) 772-9820
   Fax: (415) 772-9890
4  Email: marina@msvisa.com
5  State Bar No.: 191253

6  Attorney for Deepakkumar Himatlal SONEJI
   and Kinnari Deepakkumar SONEJI, Petitioners

7

8

9
              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
                SAN FRANCISCO DIVISION
11               PETITION FOR MANDAMUS
                    Immigration Case
12

13

14
   Deepakkumar Himatlal SONEJI       ) Civil No. C 07-2290 SC
15 and Kinnari Deepakkumar SONEJI,   )
   Petitioners,                      ) STIPULATION REQUESTING ORDER
16                                   ) EXTENDING DEADLINE FOR FILING
                                     ) OPPOSITION OF MOTION TO DISMISS
17       Petitioners                 ) AND [PROPOSED] ORDER
         v.                          )
18                                   ) USCIS Case No.s: A 97 370 097 and A 97
   Department of Homeland Security, Michael ) 370 098
19 Chertoff, Secretary; Federal Bureau of )
   Investigation, Robert Mueller, Director; )
20 U.S. Attorney General, Alberto R. )
   Gonzalez; U.S. Citizenship and   )
21 Immigration Services, Robert Divine, )
   Acting Director; U.S. Citizenship and )
22 Immigration Services Nebraska Service )
   Center, Gerard Heinauer, Director, )
23                                   )
                                     )
24                                   )
                                     )
25         Respondents               )
   _____

1

The petitioners, by and through their attorney of record, and respondents, by and through their attorneys of record, hereby submit a stipulation pursuant to Civil L.R. 6-2, and subject to approval of the Court, requesting an order changing the filing deadline for petitioners' opposition to respondents' motion to dismiss to October 5, 2007.

Dated: October 4, 2007

Respectfully submitted,
/s/
MARINA SEREBRYANAYA
Attorney for Petitioners

Dated: October 4, 2007

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Respondents

## ORDER

PURSUANT TO STIPULATION, it is so ordered.

Dated: October 5, 2007



IT IS SO ORDERED
Judge Samuel Conti

Marina Serebryanaya Cal. Bar #191253
Law Office of Marina Serebryanaya
110 Sutter Street, Suite 512
San Francisco, CA  94104
Tel: (415) 772-9820
Fax: (415) 772-9890
Email: marina@msvisa.com
State Bar No.: 191253

Attorney for Deepakkumar Himatlal SONEJI
and Kinnari Deepakkumar SONEJI, Petitioners

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
**PETITION FOR MANDAMUS**
**Immigration Case**

| | |
|---|---|
| **Deepakkumar Himatlal SONEJI** ) | **Civil No. C 07-2290 SC** |
| **and Kinnari Deepakkumar SONEJI,** ) | **DECLARATION IN REGARDS TO** |
| **Petitioners,** ) | **STIPULATION REQUESTING ORDER** |
|  ) | **EXTENDING DEADLINE FOR FILING** |
| **Petitioners** ) | **OPPOSITION TO MOTION TO DISMISS** |
| **v.** ) | |
|  ) | **USCIS Case No.s: A 97 370 097 and A 97** |
| **Department of Homeland Security, Michael** ) | **370 098** |
| **Chertoff, Secretary; Federal Bureau of** ) | |
| **Investigation, Robert Mueller, Director;** ) | |
| **U.S. Attorney General, Alberto R.** ) | |
| **Gonzalez; U.S. Citizenship and** ) | |
| **Immigration Services, Robert Divine,** ) | |
| **Acting Director; U.S. Citizenship and** ) | |
| **Immigration Services Nebraska Service** ) | |
| **Center, Gerard Heinauer, Director,** ) | |
|  ) | |
|  ) | |
|  ) | |
| **Respondents** | |

1

The petitioners, by and through their attorney of record, and respondents, by and through their attorneys of record, hereby submit a stipulation pursuant to Civil L.R. 6-2, and subject to approval of the Court, requesting an order changing the filing deadline for petitioners' opposition to respondents' motion to dismiss to October 5, 2007.

This stipulation is submitted because, after petitioners responded to the respondents' Request for Evidence (RFE), delivered to the Nebraska Service Center on June 11, 2007, petitioners and respondents anticipated that the FBI name check would be completed at any moment, thus obviating the need to litigate this case, and avoiding undue burden on the system and costs to the petitioners.

There has been one prior time modification in the case: a stipulation to extend the date of the hearing on respondents' motion to dismiss to October 12, 2007 at 10:00 a.m., and to extend the date of the case management conference to November 16, 2007 at 10:00 a.m.

The instant requested time modification should not have any effect on the schedule for the case since the hearing on respondents' motion to dismiss has been vacated and the motion will be decided on the papers. The requested time modification will allow petitioners to file their opposition to respondents' motion to dismiss for consideration by the judge.

Dated: October 4, 2007

                                                  Respectfully submitted,

                                                          /s/
                                          MARINA SEREBRYANAYA
                                             Attorney for Petitioners