1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DEEPAKKUMAR HIMATLAL SONEJI and KINNARI DEEPAKKUMAR SONEJI, | ) ) ) | No. C 07-2290 SC |
|---|---|---|
| Petitioners, | ) ) ) | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| v. | ) ) | |
| Department of Homeland Security, Michael Chertoff, Secretary; Federal Bureau of Investigation, Robert Mueller, Director; U.S. Attorney General, Alberto R. Gonzales; U.S. Citizenship and Immigration Services, Robert Divine, Acting Director; U.S. Citizenship and Immigration Services Nebraska Service Center, Gerard Heinauer, Director | ) ) ) ) ) ) ) ) ) ) | |
| Respondents | ) ) | |

///

///

///

///

///

///

Petitioners, by and through their attorney of record, and Respondents by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

Stipulation to Dismiss; and Order
C07-2290 SC                                          1

1 | in light of the adjudication of Petitioners' adjustment of status applications (Form I-485).
2 | Each of the parties shall bear their own costs and fees.

Dated: October 31, 2007           Respectfully submitted,

                                                       /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Respondents

Dated: October 31, 2007                             /s/
MARINA SEREBRYANAYA
Attorney for Petitioners

**ORDER**

PURSUANT TO STIPULATION, it is so ordered.

Dated: November __2__, 2007       SAM
                                  United

*IT IS SO ORDERED*
*Judge Samuel Conti*

Stipulation to Dismiss; and Order
C07-2290 SC                              2